IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| AR FACTORING, LLC, | * <br> * <br> *    CIVIL ACTION NO. 2:19-cv-01906 <br> * <br> *    JUDGE GREG GERARD GUIDRY <br> * <br> Plaintiff,       * <br> * <br> v.                *    MAGISTRATE JUDGE <br> *    DANA M. DOUGLAS <br> COMMONWEALTH APPLIED SILICA   * <br> TECHNOLOGIES, LLC; STEVEN V. CROSS; C.   *    SECTION "T" (3) <br> RICHARD SCALES; THOMAS L. BASKIN,   * <br> * <br> Defendants.    * <br> ********************************************* |

### MOTION FOR NEW TRIAL PURSUANT TO FED. R. CIV. P. 59 BY AR FACTORING, LLC

**NOW INTO COURT,** comes AR Factoring, LLC (hereinafter "ARF"), who respectfully requests that this Honorable Court grant ARF's Motion for a New Trial *per* Fed. R. Civ. P. 59, as to this Court's Order and Judgment (R. Docs. 50 and 51, respectfully), granting defendant Richard Scales ("Scales"), Motion for Summary Judgment (R. doc. 44).

**WHEREFORE,** for the reasons fully set forth in the Memorandum in Support, filed herewith, AR Factoring, LLC requests that this Motion be granted and that Scales' Motion for Summary Judgment be re-visited by this Court.

                                                 Respectfully submitted,

                                                     s/ Anna A. Rainer       
                                                 WILLIAM D. AARON, JR. (LSBA # 2267) T.A.
                                                 DeWAYNE L. WILLIAMS (LSBA #27685
                                                 ANNA A. RAINER (LSBA # 31531)
                                                 **AARON & GIANNA, PLC**

                                                 201 St. Charles Avenue, Suite 3800
                                                 New Orleans, Louisiana 70101
                                                 Telephone: (504) 569-1800
                                                 Facsimile: (504) 569-1801

Email: waaron@aarongianna.com
dwilliams@aarongianna.com
arainer@aarongianna.com

***Attorneys for Plaintiff, AR Factoring, LLC***

<u>Certificate of Service</u>

I hereby certify that on this 2nd day of November, 2020 a copy of the foregoing will be served upon counsel for Scales through this court's CM/ECF system.

_____/s/ Anna Rainer_____

Anna Rainer